IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:1:22-cr-00232-JLT SKO |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | **APPOINTING CJA LEARNED COUNSEL AND WAIVING *PRO HAC VICE* FEE FOR COUNSEL NOT ADMITTED TO CALIFORNIA LEGAL PRACTICE - POTENTIAL DEATH PENALTY PROSECUTIONS** |
| LUIS FAUSINO DIAZ-PINEDA (5), | ) | |
| Defendant. | ) | |

Upon Defendant LUIS FAUSINO DIAZ-PINEDA Initial Appearance June 9, 2023 qualifying for appointment of court-appointed counsel, good cause appearing, and considering Local Rule 180(b)(2), General Order 663 *CJA Plan* § XV.C.1.g (CJA appointments and *pro hac vice* appearance), and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

IT IS HEREBY ORDERED

1. Appointing James Castle, 1544 Race Street, Denver, Colorado 80206. 303.800.3273, jcastlelaw@gmail.com as CJA Learned Counsel to represent Defendant LUIS FAUSINO DIAZ-PINEDA, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599, *nunc pro tunc* to Death Penalty Resource Counsel contacting him about this appointment June 24, 2023:

2. Waiving this District's $225 *pro hac vice* admission fee for their CJA appointments in this case alone, providing counsel qualifies otherwise for *pro hac vice* admission to the United States District Court, California Eastern District, under Local Rule 180 and the District's CJA Plan, General Order 582.

Dated: 7/6/2023

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
United States Magistrate Judge