

United States District Court
Eastern District of California

FILED

Jul 10, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| United States of America | |
| --- | --- |
| Plaintiff(s) | Case Number:   1:22-cr-00232-JLT-SKO-4 |
| V. | |
| Luis Fausino Diaz-Pineda | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, James A. Castle hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Luis Fausino Diaz-Pineda

On _____10/30/1984_____ (date), I was admitted to practice and presently in good standing in the US District Court for the District of Colorado (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

US v. Francis Clement 1:20-cr-00238-JLT-SKO;

10/19/2022 PHV Application (Doc. 454) - granted 10/20/2022 (Doc. 461)

Date: _____07/06/2023_____        Signature of Applicant: /s/ James A. Castle

**Pro Hac Vice Attorney**

Applicant's Name: James A. Castle

Law Firm Name: Castle & Castle, PC

Address: 1544 Race Street

City: Denver          State: CO    Zip: 80206

Phone Number w/Area Code: (303) 675-0500

City and State of Residence: Denver, CO

Primary E-mail Address: jcastlelaw@gmail.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Dina Santos

Law Firm Name: Dina Santos, Professional Law Corp.

Address: 455 Capitol Mall Unit 802

City: Sacramento          State: CA    Zip: 95814

Phone Number w/Area Code: (916) 447-0160          Bar # 204200

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 7/10/2023                    *Sheila K. Oberto*
                                    JUDGE, U.S. DISTRICT COURT



## State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**JAMES A CASTLE**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the **30th**

day of **October** A.D. **1984** and that at the date

hereof the said **JAMES A CASTLE** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **21st** day of **September** A.D. **2022**

**Cheryl Stevens**
                                                                    Clerk

By _____
                                                                    Deputy Clerk