MICHELE BECKWITH
Acting United States Attorney
KIMBERLY A. SANCHEZ
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00232-BLW-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SET ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT |
| v. | DATE: February 27, 2025 |
| LUIS DIAZ-PINEDA, | TIME: 2:00 p.m. |
| Defendants. | COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant has been charged in a second superseding indictment and needs to be arraigned on that indictment.

2. Counsel for defense is available on February 27, 2025, at 2 P.M.

3. The parties request that arraignment for the above-named defendant be set on that date and time.

4. On February 26, 2025, defendant executed a waiver of his personal presence pursuant to Rule 10(b) that I being filed contemporaneously with this stipulation and proposed order. Should the court accept the waiver, no transport would be required.

5. No exclusion of time is necessary as time has been excluded through July 23, 2025.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 26, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: February 26, 2025

/s/ Dina Santos
Dina Santos
Counsel for Defendant
Luis Fausino Diaz-Pineda

## ORDER

IT IS SO ORDERED that an arraignment on the second superseding indictment be set for **February 27, 2025, at 2:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated: **February 26, 2025**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE