MICHELE BECKWITH
Acting United States Attorney
KIMBERLY A. SANCHEZ
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>LUIS DIAZ-PINEDA,<br><br>                              Defendants. | CASE NO.  1:22-CR-00232-BLW-BAM<br><br>WAIVER OF PERSONAL PRESENCE FOR ARRAIGNMENT PURSUANT TO FEDERAL RULE OF PROCEDURE 10(b); ORDER<br><br>DATE: February 27, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

Pursuant to Federal Rule of Procedure 10(b), defendant LUIS DIAZ-PINEDA hereby waives his right to be personally preset for his arraignment scheduled for February 27, 2025 before the Hon. Barbara A. McAuliffe.

Defendant DIAZ-PINEDA affirms that he has received a copy of the Second Superseding Indictment in this case, that is plea is not guilty, and that he wishes to enter that plea of not guilty through counsel.

Undersigned counsel affirms that defendant DIAZ-PINEDA has received a copy of the Second Superseding Indictment in this case and that a plea of not guilty will be entered on his behalf.

The government has no objection to defendant DIAZ-PINEDA waiving his personal appearance.

IT IS SO AFFIRMED AND STIPULATED.

Dated: February 26, 2025                /s/ Dina Santos for LUIS DIAZ PINEDA[1]
                                        LUIS DIAZ-PINEDA
                                        Defendant

Dated: February 26, 2025                /s/ Robert L. Veneman-Hughes
                                        ROBERT L. VENEMAN-HUGHES
                                        Assistant United States Attorney

Dated: February 26, 2025                /s/ Dina Santos
                                        DINA SANTOS
                                        Attorney for LUIS DIAZ-PINEDA

## ORDER

IT IS SO ORDERED pursuant to Federal Rule of Criminal Procedure 10(b) that defendant LUIS DIAZ-PINEDA's personal appearance for arraignment in this case is waived and counsel shall appear on defendant DIAZ-PINEDA's behalf for the arraignment.

IT IS SO ORDERED.

Dated:   **February 26, 2025**        /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant's personal signature appears in the file stamped copy at ECF No. 243.

WAIVER OF PERSONAL PRESENCE, STIPULATION AND                2
ORDER THEROF.