MICHELE BECKWITH
Acting United States Attorney
KIMBERLY A. SANCHEZ
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00232-BLW-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE ARRAIGNMENT ON THIRD SUPERSEDING INDICTMENT; AND ORDER |
| v. | |
| LUIS DIAZ-PINEDA, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant has been charged in a third superseding indictment and needs to be arraigned on that indictment.

2. Defendant is not available to be transported for court on May 5, 2025 and there is not time to obtain a Rule 10 waiver in advance of that hearing, as defendant is housed outside of the Fresno area.

3. Counsel for defense is also from outside the Fresno area and is available on June 3, 2025, at 2 P.M.

4. The parties request that arraignment for the above-named defendant be set on that date and time.

STIPULATION                    1

5. The defendant will be executed a waiver of personal appearance pursuant to Rule 10(b), and so his transport is not required. That waiver will be filed at least one week in advance of the June 3, 2025 arraignment.

6. No exclusion of time is necessary as time has been excluded through July 23, 2025.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 2, 2025    MICHELE BECKWITH
Acting United States Attorney

/s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: May 2, 2025    /s/ Dina Santos
Dina Santos
Counsel for Defendant
Luis Diaz-Pineda

### ORDER

IT IS SO ORDERED that the arraignment on the **third** superseding indictment is continued from May 5, 2025, to **June 3, 2025, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**. Time has been excluded through July 23, 2025.

IT IS SO ORDERED.

Dated: **May 2, 2025**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION    2