MICHELE BECKWITH
Acting United States Attorney
KIMBERLY A. SANCHEZ
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:22-CR-00232-BLW-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SET ARRAIGNMENT ON THIRD SUPERSEDING INDICTMENT |
| v. | |
| LUIS DIAZ-PINEDA, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  Defendant has been charged in a third superseding indictment and needs to be arraigned on that indictment.

2.  Counsel for defense is from outside the Fresno area and is available on May 22, 2025, at 2 P.M.

3.  The parties request that arraignment for the above-named defendant be set on that date and time, and the arraignment currently set for June 3, 2025 be vacated.

4.  The defendant will be executed a waiver of personal appearance pursuant to Rule 10(b), and so his transport is not required. That waiver is filed at ECF No. 332.

5.  No exclusion of time is necessary as time has been excluded through July 23, 2025.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 21, 2025                                MICHELE BECKWITH
                                                                    Acting United States Attorney

                                                                    /s/ Robert L. Veneman-Hughes
                                                                    ROBERT L. VENEMAN-HUGHES
                                                                    Assistant United States Attorney

Dated: May 21, 2025                                /s/ Dina Santos
                                                                    Dina Santos
                                                                    Counsel for Defendant
                                                                    Luis Diaz-Pineda

## ORDER

IT IS SO ORDERED that the arraignment be set on the duty calendar on May 22, 2025 for the reasons described above. The defendant does not need to appear, as a waiver of his appearance has been previously filed.

IT IS SO ORDERED.

Dated:  **May 21, 2025**                           /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION                                               2